**91–2280.** Werner v. Cincinnati Ins. Co. *Franklin County,* No. 90AP–1017. Cause dismissed, on joint application for dismissal, effective December 3, 1991.

*Wednesday, December 11, 1991*
## MERIT DOCKET

**90–1117.** Patterson v. Baker. In Habeas Corpus. On return of writ. Relief denied and prisoner remanded to custody.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**90–1905.** Midwest Fireworks Mfg. Co. v. Ohio Dept. of Commerce, Div. of State Fire Marshal. *Portage County,* No. 89–P–2081. *Sua sponte,* cause dismissed as moot.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**90–2232.** Reeves v. Bruner Corp. *Franklin County,* No. 89AP–1419. On motion to remand. Motion granted.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1340.** State v. Danzy. *Erie County,* No. E–89–40. On motion to dismiss without prejudice. Motion to dismiss without prejudice sustained. Cause dismissed.
SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**91–1894.** Hunter v. Blunt. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1971.** Anderson v. Ohio Adult Parole Auth. In Habeas Corpus. *Sua sponte,* cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1989.** State, ex rel. Wedge, v. Ohio Dept. of Rehabilitation. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2053.** State, ex rel. Turner, v. Montgomery Cty. Clerk of Courts. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2091.** McKenzie v. State. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2094.** State, ex rel. Blevins, v. Boyer. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER,, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2115.** State, ex rel. Schramm, v. Court of Appeals, Ninth Judicial Dist. In Mandamus. *Sua sponte,* cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2148.** Haynes v. Jackson. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.